UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-108-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| HERVEY ALLEN RANSOM | |

On motion of the Defendant, Hervey Allen Ransom, and for good cause shown, it is hereby ORDERED that the **[DE 26]** be sealed until further notice by this Court.

IT IS SO ORDER.

This  24th  day of June, 2015.

*/s/ Louise W. Flanagan*
_____
LOUISE W. FLANAGAN
United States District Judge